```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7             IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )   CR. NO. S-04-177 MCE
                                 )
12              Plaintiff,       )
                                 )   STIPULATION; ORDER
13  MARIO NOEL PEREZ,            )
                                 )
14              Defendant.       )
15  _____)
```

16      Defendant Mario Noel Perez, through Colin L. Cooper,
17 Attorney At Law, and the United States of America, through
18 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
19 status conference scheduled for May 3, 2005.  The parties further
20 stipulate that a status conference be placed on the court's June
21 14, 2005, calendar.
22      The parties continue to be involved in plea negotiations in
23 this case, and they wish to continue to pursue those discussions.
24 The parties are confident that further negotiations will result
25 in a plea agreement being reached prior to June 14th.
26      Accordingly, the parties request that the status conference
27 in this case be continued to June 14, 2005.  The parties further
28 agree that time should be excluded through June 14, 2005, from

1 computation under the Speedy Trial Act pursuant to local code T4
2 (18 U.S.C. § 3161(h)(8)(B)(iv)) to allow the defendant a
3 reasonable amount of time to prepare his case.

4 DATED: April 28, 2005              Respectfully submitted,

5                                    McGREGOR W. SCOTT
                                     United States Attorney
6
                                     /s/ Kenneth J. Melikian
7
                                     By
8                                      KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
9

10

11 DATED: April 28, 2005              /s/ Colin L. Cooper
                                     COLIN L. COOPER
12                                   Attorney for Defendant Perez
                                     (Signed by Kenneth J. Melikian
13                                   per telephonic authorization by
                                     Colin L. Cooper)
14

15
                        **IT IS SO ORDERED**.
16

17 DATED: May 2, 2005.

18

19                                   _____
                                     MORRISON C. ENGLAND, JR
20                                   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2