McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-177 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| MARIO NOEL PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Defendant Mario Noel Perez, through Colin L. Cooper, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for June 14, 2005.  The parties further stipulate that a status conference be placed on the court's August 30, 2005, calendar.

   The reason for the requested continuance is that defense counsel is currently engaged in a murder trial which is expected to last up to two more weeks.  After that trial is concluded, he is scheduled to immediately start another trial.  When that trial concludes, both parties have various conflicts which make August 30th the first date that both counsel are available.
///

1

1     Additionally, the parties are continuing plea negotiations
2 which they are confident will result in a resolution of this
3 case.
4     Accordingly, the parties request that the status conference
5 in this case be continued to August 30, 2005.  The parties
6 further agree that time should be excluded through August 30,
7 2005, from computation under the Speedy Trial Act pursuant to
8 local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) to allow the
9 defendant a reasonable amount of time to prepare his case.
10 DATED: June 10, 2005          Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                /s/ Kenneth J. Melikian

                                By
                                  KENNETH J. MELIKIAN
                                Assistant U.S. Attorney

17 DATED: June 10, 2005          /s/ Colin L. Cooper
                                COLIN L. COOPER
                                Attorney for Defendant Perez
                                (Signed by Kenneth J. Melikian
                                per telephonic authorization by
                                Colin L. Cooper)

23     IT IS SO ORDERED.
24 DATED: June 13, 2005

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE