1 | McGREGOR W. SCOTT
United States Attorney
2 | KENNETH J. MELIKIAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, Ca.  95814
4 | Telephone:  (916) 554-2700

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,      )   CR. NO. S-04-0177 MCE
                                  )
13 |                  Plaintiff,   )
                                  )   STIPULATION; ORDER
14 | MARIO NOEL PEREZ,             )
                                  )
15 |                  Defendant.   )
    _____)
16

17        Defendant Mario Noel Perez, through Colin L. Cooper,

18   Attorney At Law, and the United States of America, through

19   Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the

20   status conference scheduled for August 30, 2005.  The parties

21   further stipulate that a status conference be placed on the

22   court's September 20, 2005, calendar.

23        The reason for the requested continuance is that the parties

24   are involved in negotiations to settle this case.  A significant

25   amount of work still needs to be done in furtherance of this

26   goal.  An additional three weeks will be very helpful to the

27   parties in their effort to reach a resolution of the case.

28   ///

1

1    Accordingly, the parties request that the status conference

2  in this case be continued to September 20, 2005.  The parties

3  further agree that time should be excluded through September 20,

4  2005, from computation under the Speedy Trial Act pursuant to

5  local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) to allow the

6  defendant a reasonable amount of time to prepare his case.

7  DATED: August 26, 2005              Respectfully submitted,

8                                      McGREGOR W. SCOTT
                                       United States Attorney
9
                                       /s/ Kenneth J. Melikian
10
                                       By
11                                        KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney
12

13

14 DATED: August 26, 2005              /s/ Kenneth J. Melikian_____
                                       COLIN L. COOPER
15                                     Attorney for Defendant Perez
                                       (Signed by Kenneth J. Melikian
16                                     per telephonic authorization by
                                       Colin L. Cooper)
17

18    IT IS SO ORDERED.

19

20 DATED: August 30, 2005

21

22

23  _____
    MORRISON C. ENGLAND, JR
24  UNITED STATES DISTRICT JUDGE

25

26

27

28


                                2