1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-04-177 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| MARIO NOEL PEREZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Mario Noel Perez, through Colin L. Cooper, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for September 20, 2005.  The parties further stipulate that a status conference be placed on the court's October 25, 2005, calendar.

The reason for the requested continuance is that the parties have been and continue to be involved in negotiations to settle this case.  A significant amount of work still needs to be done in furtherance of this goal.  The requested continuance should provide he parties with the time needed to reach a resolution.

Accordingly, the parties request that the status conference in this case be continued to October 25, 2005.  The parties

1

1  further agree that time should be excluded through October 25,
2  2005, from computation under the Speedy Trial Act pursuant to
3  local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) to allow the
4  defendant a reasonable amount of time to prepare his case.
5  DATED: September 19, 2005            Respectfully submitted,
6                                       McGREGOR W. SCOTT
                                        United States Attorney
7
                                        /s/ Kenneth J. Melikian
8
                                        By
9                                          KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney
10
11
12 DATED: September 19, 2005            /s/ Kenneth J. Melikian
                                        COLIN L. COOPER
13                                      Attorney for Defendant Perez
                                        (Signed by Kenneth J. Melikian
14                                      per telephonic authorization by
                                        Colin L. Cooper)
15
16
17
18      IT IS SO ORDERED.
19
20 DATED: September 21, 2005
21
22
23  _____
                                        MORRISON C. ENGLAND, JR
24                                      UNITED STATES DISTRICT JUDGE
25
26
27
28

2