1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   CR. NO. S-04-177 MCE
                                 )
12            Plaintiff,         )
                                 )
13       v.                      )
                                 )   STIPULATION; ORDER
14 MARIO NOEL PEREZ,             )
                                 )
15            Defendant.         )
   _____)
16

17       Defendant Mario Noel Perez, through Colin L. Cooper,
18 Attorney At Law, and the United States of America, through
19 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
20 status conference scheduled for October 25, 2005.  The parties
21 further stipulate that a status conference be placed on the
22 court's November 8, 2005, calendar.
23       The reason for the requested continuance is that the parties
24 have been and continue to be involved in negotiations to settle
25 this case.  A significant amount of work still needs to be done
26 in furtherance of this goal.  The requested continuance should
27 provide he parties with the time needed to reach a resolution.
28 ///

                                  1

1    Accordingly, the parties request that the status conference
2 in this case be continued to November 8, 2005.  The parties
3 further agree that time should be excluded through November 8,
4 2005, from computation under the Speedy Trial Act pursuant to
5 local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) to allow the
6 defendant a reasonable amount of time to prepare his case.

DATED: October 20, 2005            Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney


                                By:/s/ Kenneth J. Melikian
                                   KENNETH J. MELIKIAN
                                   Assistant U.S. Attorney



DATED: October 20, 2005            /s/ Kenneth J. Melikian
                                   COLIN L. COOPER
                                   Attorney for Defendant Perez
                                   (Signed by Kenneth J. Melikian
                                   per telephonic authorization by
                                   Colin L. Cooper)




    IT IS SO ORDERED.


DATED: October 21, 2005


                                   _____
                                   MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE

2