1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  CR. NO. S-04-0177 MCE
                                )
12              Plaintiff,      )
                                )  STIPULATION; ORDER
13 MARIO NOEL PEREZ,            )
                                )
14              Defendant.      )
15 _____)

16      Defendant Mario Noel Perez, through Colin L. Cooper,
17 Attorney At Law, and the United States of America, through
18 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
19 status conference scheduled for November 8, 2005.  The parties
20 further stipulate that a status conference be placed on the
21 court's November 22, 2005, calendar.
22      The parties have reached an agreement to settle this case.
23 It will not be possible, however, to execute a formal plea
24 agreement before November 8th.  As such, the parties are
25 requesting that the case be placed on the November 22nd calendar
26 for change of plea.
27      Accordingly, the parties request that the status conference
28 in this case be continued to November 22, 2005.  The parties

                                1

1 further agree that time should be excluded through November 22,
2 2005, from computation under the Speedy Trial Act pursuant to
3 local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) to allow the
4 defendant a reasonable amount of time to prepare his case.
5 DATED: November 4, 2005           Respectfully submitted,
6                                   McGREGOR W. SCOTT
                                    United States Attorney
7
8
9                             By:/s/ Kenneth J. Melikian
                                 KENNETH J. MELIKIAN
                                 Assistant U.S. Attorney
10
11
12 DATED: November 4, 2005          /s/ Kenneth J. Melikian
                                    COLIN L. COOPER
13                                  Attorney for Defendant Perez
                                    (Signed by Kenneth J. Melikian
14                                  per telephonic authorization by
                                    Colin L. Cooper)
15
16      IT IS SO ORDERED.
17 DATED: November 16, 2005
18
19
20                                  _____
                                    MORRISON C. ENGLAND, JR
21                                  UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28