COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California  94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
MARIO NOEL PEREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO VENUE

| UNITED STATES OF AMERICA, | ) | Case No. CR. S-04-0177 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) ) | |
| MARIO NOEL PEREZ, | ) ) | |
| Defendant. | ) ) | |

Defendant MARIO PEREZ, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Kenneth Melikian, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, November 22, 2005, at 8:30 a.m. to Tuesday, December 13, 2005, at 8:30 a.m., because further preparation is needed.   The parties further stipulate and agree that the period from November

///

///

///

1

22, 2005 to December 13, 2005 is excludable from calculation under the Speedy Trial Act pursuant to Local Code T4 (18 U.S.C. §3161(h)(8)(B)(iv).

DATED: November 21, 2005             /s/ COLIN L. COOPER
                                     Attorney for Defendant MARIO PEREZ

DATED: November 21, 2005             /s/ KENNETH J. MELIKIAN
                                     Assistant United States Attorney

      IT IS SO ORDERED.

DATED: November 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE